IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ARTHUR LEE MOORE                                                                                            PLAINTIFF

VS.                                              CASE NO. 4:07-CV-4015

SGT. RENAE, MILLER
COUNTY DETENTION CENTER                                                                      DEFENDANT

## ORDER

  Before the Court is the Report and Recommendation filed March 31, 2008 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 24). Judge Bryant recommends that this case be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b) due to Plaintiff Arthur Lee Moore's failure to prosecute this action and his failure to comply with orders of the Court. Plaintiff has not filed objections to the Report and Recommendation, and his time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. This matter is hereby **DISMISSED WITH PREJUDICE**.

  **IT IS SO ORDERED**, this 22nd day of April, 2008.

                    /s/ Harry F. Barnes
                   Hon. Harry F. Barnes
                   United States District Judge